The Plympton Press, defendant in error, v. Archarge Peacock Holdsworth and Fred James Holdsworth, plaintiffs in error. Gen. No. 24,448.

Action to recover on promissory note against indorsers. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Robert E. Crowe and Hon. Oscar E. Heard, Judges, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919. Rehearing denied October 29, 1919.

William E. Mason and Otto Gresham, for plaintiffs in error. Nelson, Little & Gordon, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Edward T. Page, appellant, v. Frank Gillman, appellee. Gen. No. 24,516.

Action to recover on promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919.

Clarence A. Samuel, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Frank J. Meehan, appellee, v. Moir Hotel Company, appellant. Gen. No. 24,535.

Action to recover money deposited with defendant hotel company for safe-keeping, and belonging to guest. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919.

Carnahan, Elsdon & Slusser, for appellant. P. B. Flanagan, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

James J. Reilly, administrator of the estate of Michael J. Missey, deceased, defendant in error, v. R. Wilson More, plaintiff in error. Gen. No. 24,545.

Action to recover damages for wrongful death by being struck by automobile. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed October 15, 1919.

Thomas Lindskog, for plaintiff in error; George H. Mason, of counsel. Scott Osten Cavette and Charles C. Spencer, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Bertha M. Hahn, appellee, v. Herman Hahn, appellant. Gen. No. 24,640.

Suit for divorce. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. M. Henry Guerin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 15, 1919.

Michael E. Maher, for appellant; James L. Bynum, of counsel. Theodore Johnson, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.